UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILL DOE AND SHERRY DOE, AS PARENTS
AND NEXT FRIEND OF WONDER DOE            PLAINTIFFS

VS.            CASE NO. 4:06CV00911 JMM

NANCY ROUSSEAU, INDIVIDUALLY AND
IN HER OFFICIAL CAPACITY AS
PRINCIPAL OF CENTRAL HIGH SCHOOL
OF THE LITTLE ROCK SCHOOL DISTRICT, ET AL.            DEFENDANTS

## ORDER

Based upon the rulings dictated into the record on May 18, 2007, the discovery deadline in the above styled case is extended to June 4, 2007. All other deadlines and the trial date remain the same.

IT IS SO ORDERED this  18  day of May, 2007.

James M. Moody
United States District Judge