UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WILL DOE, ET AL.**                                                           **PLAINTIFFS**

**VS.**                    **CASE NO. 4:06CV00911 JMM**

**NANCY ROUSSEAU, ET AL.**                                     **DEFENDANTS**

**ORDER**

Plaintiffs' oral motion to dismiss all claims against Nancy Rousseau in her individual capacity in the above styled case is granted.[1] The claims made against defendant Rousseau in her individual capacity are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED THIS  17  day of   July  , 2007.

_____
James M. Moody
United States District Judge

---

[1] The oral motion was made during the telephone conference held on Tuesday, July 17, 2007.