**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**WILL DOE and SHERRY DOE, as
parents and next friend of WONDER DOE**                              **PLAINTIFFS**

**V.**                              **4:06CV0911 JMM**

**NANCY ROUSSEAU, Individually and in her official
capacity as Principal of Central High School of the
Little Rock School District; ROY G. BROOKS,
Individually and in his official capacity as
Superintendent/Chief Executive Officer of the
Little Rock School District; THE BOARD OF
EDUCATION OF THE LITTLE ROCK
SCHOOL DISTRICT, a Public Body Corporate**                              **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that the

complaint in the above styled case be, and is hereby, dismissed.

IT IS SO ORDERED this  23   day of August, 2007.


James M. Moody
United States District Judge